PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
tterry@christiansenlaw.com
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
keely@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 South Casino Center Blvd. Suite 104
Las Vegas, Nevada 89101
Telephone: (702) 240-7979
Facsimile: (866) 412-6992
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHAD KREISER, Individually, CHRISTINA LOU KREISER, Individually;<br><br>Plaintiff,<br><br>vs.<br><br>K & B STEEL, A DIVISION of WABB INDUSTRIES, INC., a Texas Corporation; KIEWIT WESTERN CO. d/b/a LAKE MEAD CONSTRUCTORS, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-01361-MMD-CWH<br><br>**AMENDED STIPULATION TO EXTEND DEADLINES REGARDING MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiffs, Chad Kreiser and Christina Kreiser, by and through their counsel of record, Peter S. Christiansen, Esq., R. Todd Terry, Esq., and Keely A. Perdue, Esq. of Christiansen Law Offices, and Defendant Kiewitt Infrastructure West Co., by and through its counsel of record, J. Bruce Alverson, Esq. and Karie N. Wilson, Esq. of Alverson Taylor Mortensen & Sanders, pursuant to LR IA 6-1(b) hereby stipulate and agree to extend the deadlines associated with Defendant Kiewit Western Co. d/b/a Lake Mead Constructor's Motion to Dismiss or alternatively, Motion for Summary Judgment ("Motion") filed on May 11, 2018 (Dkt. No. 46), as follows:

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

WHEREAS, Defendant filed its Motion on May 11, 2018;

WHEREAS, Plaintiffs' opposition is due on or before May 25, 2018; however, Plaintiff's counsel will be out of the jurisdiction the week the opposition is due;

WHEREAS, Defendant's reply brief would have been due 7 days immediately following the filing of Plaintiffs' opposition.

IT IS STIPULATED AND AGREED that Plaintiffs' opposition shall be due on or before June 8, 2018 to allow Plaintiff's counsel sufficient time to oppose Defendant's Motion on its merits.

IT IS FURTHER STIPULATED AND AGREED that Defendant's reply shall be due on or before June 15, 2018 or 7 days immediately following the filing of Plaintiffs' Opposition, whichever comes first.

This is the first stipulation for extension of time to extend deadlines regarding Defendant's Motion to Dismiss.

This Stipulation is entered into this 17th day of May, 2018.

| CHRISTIANSEN LAW OFFICES | ALVERSON TAYLOR MORTENSEN & SANDERS |
|---|---|
| By */s/ Keely A. Perdue* <br> PETER S. CHRISTIANSEN, ESQ. <br> Nevada Bar No. 5254 <br> R. TODD TERRY, ESQ. <br> Nevada Bar No. 6519 <br> KEELY A. PERDUE, ESQ. <br> Nevada Bar No. 13931 <br> *Attorneys for Plaintiffs* | BY */s/ Karie N. Wilson* <br> J. BRUCE ALVERSON, ESQ. <br> Nevada Bar No. 1339 <br> KARIE N. WILSON, ESQ. <br> Nevada Bar No. 7957 <br> *Attorneys for Defendant Kiewit Infrastructure West Co. d/b/a Lake Mead Constructors* |

**ORDER**

IT IS SO ORDERED.

DATED: May 21, 2018

_____
UNITED STATES DISTRICT JUDGE