J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR MORTENSEN & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendant
Kiewit Infrastructure West Co.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHAD KREISER, individually, CHRISTINA LOU KRIESER<br><br>Plaintiffs,<br><br>v.<br><br>K & B STEEL, A DIVISION of WABB INDUSTRIES, INC., a Texas Corporation; KIEWIT WESTERN CO. d/b/a LAKE MEAD CONSTRUCTORS, a Foreign Corporation; DOES I through X; inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive<br><br>Defendants. | CASE NO: 2:16-cv-01361-MMF- CWH<br><br>**STIPULATION AND PROPOSED ORDER TO ALLOW KIEWIT TO FILE A SUPPLEMENTAL MEMORANDUM TO ITS MOTION TO DISMISS OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT AND TO EXTEND DEADLINES RELATED THERETO (Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, CHAD KREISER and CHRISTINA LOU KRIESER, Defendant, KIEWIT INFRASTRUCTURE WEST CO., as successor through merger to KIEWIT WESTERN CO. d/b/a LAKE MEAD CONSTRUCTORS (hereinafter "Kiewit"), and K & B STEEL, A DIVISION OF WABB INDUSTRIES, INC., by and through their respective counsel of record, that Kiewit be permitted to file a supplemental memorandum, including correcting the name and date of substantial

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

1 completion of the project at issue and submitting an additional supporting affidavit, to its Motion

2 to Dismiss or Alternatively, Motion for Summary Judgment, which was filed on May 11, 2018

3 (ECF No. 46). The proposed Supplemental Memorandum in Support of Defendant Kiewit

4 Infrastructure West Co.'s Motion to Dismiss or Alternatively, Motion for Summary Judgment is

5 attached hereto as Exhibit A.

6     IT IS FURTHER STIPULATED AND AGREED that the parties' responsive pleadings

7 shall be due on or before June 15, 2018 allow the parties sufficient time to oppose Kiewit's

8 motion and forthcoming Supplemental Memorandum on the merits.

9     This is the second stipulation for extension of time to extend deadlines regarding

10 Kiewit's Motion to Dismiss.

11     Dated this 30th day of May, 2018.

12 CHRISTIANSEN LAW OFFICES      KRING & CHUNG, LLP

13    */s/ Keely A. Perdue, Esq.*      */s/ Robert L. Thompson, Esq.*
By _____      By _____

14 PETER S. CHRISTIANSEN, ESQ.      ROBERT P. MOUGIN, ESQ.
Nevada Bar No. 5254      Nevada Bar No. 7104

15 R. TODD TERRY, ESQ.      ROBERT L. THOMPSON, ESQ.
Nevada Bar No. 6519      Nevada Bar No. 9920

16 KEELY A. PERDUE, ESQ.      1050 Indigo Drive
Nevada Bar No. 13872      Las Vegas, NV 89145

17 810 South Casino Center Blvd., Ste. 104      702-260-9500 Phone
Las Vegas, NV 89101      702-260-9434 Fax

18 702-240-7979 Phone      *Attorneys for Defendant K & B Steel, a*
866-412-6992 Fax      *Division of Wabb Industries, Inc.*

19 *Attorneys for Plaintiffs*

20 . . .

21 . . .

22 . . .

23 . . .

24 . . .

KNW 25635

ALVERSON, TAYLOR
MORTENSEN & SANDERS

    */s/ Karie N. Wilson, Esq.*
By _____
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
*Attorneys for Defendant*
*Kiewit Infrastructure West*

## (PROPOSED) ORDER

IT IS HEREBY ORDERED that Defendant, KIEWIT INFRASTRUCTURE WEST CO., as successor through merger to KIEWIT WESTERN CO. d/b/a LAKE MEAD CONSTRUCTORS, be permitted to file a supplemental memorandum, including correcting the name and date of substantial completion of the project at issue and submitting an additional supporting affidavit, to its Motion to Dismiss or Alternatively, Motion for Summary Judgment, which was filed on May 11, 2018 (ECF No. 46).

IT IS FURTHER ORDERED that the parties' responsive pleadings shall be due on or before June 15, 2018 allow the parties sufficient time to oppose Kiewit's motion and forthcoming Supplemental Memorandum on the merits.

Dated this 31st day of ___May___, 2018.

_____
U.S. DISTRICT COURT JUDGE

n:\bruce.grp\z-client\25635\pleadings\mtd msj sao.docx

KNW 25635