# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHAD KREISER, et al., | Case No. 2:16-cv-01361-MMD-CWH |
| Plaintiffs, | |
| v. | **ORDER** |
| K & B STEEL, A DIVISION of WABB INDUSTRIES, INC., et al., | |
| Defendants. | |

Presently before the court is the parties' Stipulation and Proposed Order to Stay Discovery Proceedings on a Limited Basis (ECF No. 57), filed on June 8, 2018. The court finds good cause exists to stay discovery, with the exception of document production, pending the resolution of defendant Kiewit's motion to dismiss (ECF No. 46).

IT IS THEREFORE ORDERED that discovery in this case is STAYED, with the exception of document production, pending the resolution of defendant Kiewit's motion to dismiss (ECF No. 46).

DATED: June 13, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE