1  J. BRUCE ALVERSON, ESQ.
   Nevada Bar No. 1339
2  KARIE N. WILSON, ESQ.
   Nevada Bar No. 7957
3  **ALVERSON TAYLOR
   MORTENSEN & SANDERS**
4  6605 Grand Montecito Pkwy, Ste. 200
   Las Vegas, NV 89149
5  702-384-7000 Phone
   702-385-7000 Fax
6  Attorneys for Defendant
   Kiewit Infrastructure West Co.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHAD KREISER, Individually, CHRISTINA LOU KREISER, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>K & B STEEL, A DIVISION of WABB INDUSTRIES, INC., a Texas Corporation; KIEWIT WESTERN CO. d/b/a LAKE MEAD CONSTRUCTORS, a Foreign Corporation; DOES I through X; inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive<br><br>Defendants. | CASE NO: 2:16-cv-01361-MMF-CWH<br><br>**STIPULATION TO EXTEND DEADLINES REGARDING MOTION TO DISMISS**<br><br>**(Third Request)** |

Plaintiffs, CHAD KREISER and CHRISTINA LOU KREISER, by and through their counsel of record, Peter S. Christiansen, Esq., R. Todd Terry, Esq., and Keely A. Perdue, Esq. of Christiansen Law Offices, and Defendant, KIEWIT INFRASTRUCTURE WEST CO. as successor through merger to KIEWIT WESTERN CO. d/b/a LAKE MEAD CONSTRUCTORS (hereinafter "Kiewit"), by and through its counsel of record, J. Bruce Alverson, Esq. and Karie N. Wilson, Esq. of Alverson Taylor Mortensen & Sanders, and K & B STEEL, A DIVISION OF

1

1 WABB INDUSTRIES, INC., by and through its counsel of record, Robert P. Mougin, Esq. and
2 Robert L. Thompson, Esq. of Kring & Chung, LLP, pursuant to LR IA 6-1(b) hereby stipulate
3 and agree to extend the deadlines associated with Defendant Kiewit Western Co. d/b/a Lake
4 Mead Constructor's Motion to Dismiss or Alternatively, Motion for Summary Judgment
5 ("Motion") filed on May 11, 2018 (Dkt. No. 46), as follows:

6     WHEREAS, Kiewit filed its motion on May 11, 2018;

7     WHEREAS, Plaintiffs' opposition was filed on June 15, 2018;

8     WHEREAS, Kiewit's reply brief is due on or before June 22, 2018; however, Kiewit
9 requires additional time to acquire prior pleadings and discovery in this matter and diligently
10 inquire as to the existence of records and documentation related to the facts and circumstances
11 alleged within Plaintiffs' Amended Complaint.

12     IT IS STIPULATED AND AGREED that Kiewit's reply brief shall be due on or before
13 June 29, 2018 to allow Kiewit sufficient time to reply to Plaintiffs' opposition on its merits.

14 . . .
15 . . .
16 . . .
17 . . .
18 . . .
19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .

KNW 25635

This is the third stipulation for extension of time to extend deadlines regarding Defendant's Motion to Dismiss.

This Stipulation is entered into this 20th day of June, 2018.

| CHRISTIANSEN LAW OFFICES | KRING & CHUNG, LLP |
|---|---|
| */s/ Peter Christiansen*<br>By _____<br>PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>R. TODD TERRY, ESQ.<br>Nevada Bar No. 6519<br>KEELY A. PERDUE, ESQ.<br>Nevada Bar No. 13872<br>810 South Casino Center Blvd., Ste. 104<br>Las Vegas, NV 89101<br>702-240-7979 Phone<br>866-412-6992 Fax<br>*Attorneys for Plaintiffs* | */s/ Robert Mougin*<br>By _____<br>ROBERT P. MOUGIN, ESQ.<br>Nevada Bar No. 7104<br>ROBERT L. THOMPSON, ESQ.<br>Nevada Bar No. 9920<br>1050 Indigo Drive<br>Las Vegas, NV 89145<br>702-260-9500 Phone<br>702-260-9434 Fax<br>*Attorneys for Defendant K & B Steel, a Division of Wabb Industries, Inc.* |

ALVERSON, TAYLOR
MORTENSEN & SANDERS

By _____
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
*Attorneys for Defendant*
*Kiewit Infrastructure West Co.*

## ORDER

IT IS SO ORDERED.

DATED: June 25, 2018

_____
UNITED STATES DISTRICT JUDGE

KNW 25635