# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHAD KREISER, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>K & B STEEL, ET AL.,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01361-MMD-DJA<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation to Extend Discovery (ECF No. 90), filed on September 30, 2019. The Court has reviewed the Stipulation and finds that it does not comply with LR 26-4. "A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of <u>excusable neglect</u>." LR 26-4 (emphasis added). The parties claimed good cause exists for filing this Stipulation after the expiration of the deadline for motions to amend pleadings and add parties, currently set for September 10, 2019. However, the extension of this deadline is subject to the excusable neglect standard and the parties must comply with that higher burden in requesting an extension. In addition, the Stipulation represents it includes all parties, including Plaintiffs, but the signature block for Plaintiffs counsel was not completed. LR IC 5-1(a) requires either "'/s/ [name]' or a facsimile of a handwritten signature." Accordingly,

IT IS THEREFORE ORDERED that the parties' Stipulation to Extend Discovery (ECF No. 90) is **denied without prejudice**.

DATED: October 1, 2019

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE