1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

CHAD KREISER, Individually, CHRISTINA LOU KREISER, Individually;

CASE NO.: 2:16-cv-01361-MMD-CWH

12
13

Plaintiffs,

ORDER RE:

14

vs.

**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF OPPOSITION AND REPLY TO DEFENDANT KIEWIT WESTERN CO.'S MOTION FOR SUMMARY JUDGMENT**

15
16
17
18
19

K & B STEEL, A DIVISION of WABB INDUSTRIES, INC., a Texas Corporation; KIEWIT WESTERN CO. d/b/a LAKE MEAD CONSTRUCTORS, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive,

Defendants.

**(First Request)**

20
21

The parties through their respective counsel hereby stipulate to extend the time for filing

22

of parties' Opposition to Defendant Kiewit Western Co.'s Motion for Summary Judgment [ECF

23

No. 89], from October 8, 2019 to December 4, 2019, and the filing of Defendant's Reply brief

24

in support of its Motion for Summary Judgment to December 18, 2019. This is the parties'

25

first request for an extension of time.

26

Defendant Kiewit's Motion for Summary Judgment was filed on September 17, 2019,

27

with the deadline for the parties' Opposition being October 8, 2019. Good cause exists for the

28

requested extension because discovery is still ongoing. On October 3, 2019, the parties submitted

a Stipulation and Order to Extend Discovery for 60 days, which was granted. The deposition of Defendant Kiewit Western Co.'s FRCP 30(b)(6) designee is currently scheduled to take place on November 4, 2019. This testimony is necessary for the parties to adequately respond to Defendant Kiewit's Motion for Summary Judgment. As discovery is still ongoing, Plaintiffs have requested additional time to respond to Defendant's Motion for Summary Judgment. Defendant will in turn require additional time to prepare a reply in support of Defendant's Motion.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    Accordingly, good cause exists to extend the briefing deadlines for both parties as follows:

2        • December 4, 2019: Deadline for Oppositions to Defendant Kiewit's Motion for

3           Summary Judgment.

4        • December 18, 2019: Deadline for Defendant Kiewit's Reply brief in support of its

5           Motion for Summary Judgment.

6    Dated this 8th day of October, 2019.          Dated this 8th day of October, 2019.

7    CHRISTIANSEN LAW OFFICES                      ALVERSON TAYLOR & SANDERS

8

9     /s/ Keely A. Perdue, Esq.                      /s/ Tanya M. Fraser, Esq.
     PETER S. CHRISTIANSEN, ESQ.                   J. BRUCE ALVERSON, ESQ.
10   Nevada Bar No. 5254                           Nevada Bar No. 1339
     KENDELEE L. WORKS, ESQ.                       KARIE N. WILSON, ESQ.
11   Nevada Bar No. 9611                           Nevada Bar No. 7957
     KEELY A. PERDUE, ESQ.                         TANYA M. FRASER, ESQ.
12   Nevada Bar No. 13931                          Nevada Bar No. 13872
13   810 S. Casino Center Blvd., Ste. 104          6605 Grand Montecito Pkwy., Ste. 200
     Las Vegas, Nevada 89101                       Las Vegas, Nevada 89149
14   *Attorneys for Plaintiffs*                    *Attorneys for Defendant Kiewit Western Co.*

15

16   Dated this 8th day of October, 2019.

17   KRING & CHUNG, LLP

18

19   ROBERT P. MOUGIN, ESQ.
     Nevada Bar No. 7104
20   ROBERT T. ROBBINS, ESQ.
     Nevada Bar No. 6109
21   1050 Indigo Drive, Suite 200
22   Las Vegas, Nevada 89145
     *Attorneys for Defendant K&B Steel*
23

24                                  **ORDER**

25         IT IS SO ORDERED.

26         DATED this 11th day of  October  , 2019.

27

28   _____
                                         U.S. DISTRICT COURT JUDGE

3