**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**R. TODD TERRY, ESQ.**
Nevada Bar No. 6519
tterry@christiansenlaw.com
**KEELY A. PERDUE, ESQ.**
Nevada Bar No. 13931
keely@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
Facsimile:    (866) 412-6992
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHAD KREISER, Individually, CHRISTINA LOU KREISER, Individually;<br><br>Plaintiffs,<br><br>vs.<br><br>K & B STEEL, A DIVISION of WABB INDUSTRIES, INC., a Texas Corporation; KIEWIT WESTERN CO. d/b/a LAKE MEAD CONSTRUCTORS, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-01361-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF OPPOSITION AND REPLY TO DEFENDANT KIEWIT WESTERN CO.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

The parties through their respective counsel hereby stipulate to extend the time for filing of parties' Opposition to Defendant Kiewit Western Co.'s Motion for Summary Judgment [ECF No. 89], from December 4, 2019 to January 6, 2020, and the filing of Defendant's Reply brief in support of its Motion for Summary Judgment to January 20, 2020. This is the parties' second request for an extension of time.

Defendant Kiewit's Motion for Summary Judgment was filed on September 17, 2019, with the deadline for the parties' Opposition being October 8, 2019. On October 8, 2019, the parties submitted a Stipulation and Order to Extend Time for Filing of Opposition and Reply to

Defendant Kiewit Western Co.'s Motion for Summary Judgement, which was granted. Good cause exists for the second requested extension because the parties are attempting to resolve this case. As negotiations are ongoing, Plaintiffs have requested additional time to respond to Defendant's Motion for Summary Judgment. Defendant will in turn require additional time to prepare a reply in support of Defendant's Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, good cause exists to extend the briefing deadlines for both parties as follows:

- <u>January 6, 2020</u>: Deadline for Oppositions to Defendant Kiewit's Motion for Summary Judgment.
- <u>January 20, 2020</u>: Deadline for Defendant Kiewit's Reply brief in support of its Motion for Summary Judgment.

Dated this 4th day of December, 2019.

CHRISTIANSEN LAW OFFICES

/s/ R. Todd Terry, Esq.
PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
KEELY A. PERDUE, ESQ.
Nevada Bar No. 13931
810 S. Casino Center Blvd., Ste. 104
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Dated this 4th day of December, 2019.

ALVERSON TAYLOR & SANDERS

/s/ Tanya M. Fraser, Esq.
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
6605 Grand Montecito Pkwy., Ste. 200
Las Vegas, Nevada 89149
*Attorneys for Defendant Kiewit Western Co.*

Dated this 4 day of December, 2019.

KRING & CHUNG, LLP

ROBERT P. MOUGIN, ESQ.
Nevada Bar No. 7104
ROBERT T. ROBBINS, ESQ.
Nevada Bar No. 6109
7575 Vegas Drive, Suite 150G
Las Vegas, Nevada 89128
*Attorneys for Defendant K&B Steel*

## **ORDER**

IT IS SO ORDERED.

DATED this 4th day of December, 2019.

_____
U.S. DISTRICT COURT JUDGE

3