J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendant
Kiewit Infrastructure West Co.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHAD KREISER, Individually, CHRISTINA LOU KREISER, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>K & B STEEL, A DIVISION of WABB INDUSTRIES, INC., a Texas Corporation; KIEWIT WESTERN CO. d/b/a LAKE MEAD CONSTRUCTORS, a Foreign Corporation; DOES I through X; inclusive;  and ROE BUSINESS ENTITIES XI through XX, inclusive<br><br>Defendants. | CASE NO: 2:16-cv-01361-MMD-DJA<br><br>**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT KIEWIT INFRASTRUCTURE WEST, CO. WITH PREJUDICE** |

COME NOW Plaintiffs CHAD KREISER and CHRISTINA LOU KREISER by and through their attorneys of record, the law firm of CHRISTIANSEN LAW OFFICES, Defendant KIEWIT INFRASTRUCTURE WEST CO., as successor through merger to KIEWIT WESTERN CO. d/b/a LAKE MEAD CONSTRUCTORS, by and through its attorneys of record, the law offices of ALVERSON TAYLOR & SANDERS, and Defendant K&B STEEL by and through its attorney of record, the law firm of KRING & CHUNG, LLP, and STIPULATE AND

AGREE that Plaintiffs' claims against Defendant Kiewit Infrastructure West Co., as successor through merger to Kiewit Western Co. d/b/a Lake Mead Constructors are hereby DISMISSED, WITH PREJUDICE, the parties to bear their own fees and costs.

| DATED this 17th day of April, 2020 | DATED this 18th day of April, 2020 |
|---|---|
| CHRISTIANSEN LAW OFFICES | KRING & CHUNG, LLP |
| */s/ R. Todd Terry, Esq.* | */s/ Robert P. Mougin, Esq.* |
| PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>R. TODD TERRY, ESQ.<br>Nevada Bar No. 6519<br>KEELY A. PERDUE, ESQ.<br>Nevada Bar No. 13931<br>Attorneys for Plaintiffs | ROBERT P. MOUGIN, ESQ.,<br>Nevada Bar No. 7104<br>ROBERT T. ROBBINS, ESQ.,<br>Nevada Bar No. 6109<br>Attorneys for Defendant K&B Steel |

DATED this 20th day of April, 2020

ALVERSON TAYLOR & SANDERS

J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
Attorneys for Defendant
Kiewit Infrastructure West Co.

2

KNW 25635

*Chad & Christina Kreiser v. K&B Steel, et al.*
CASE NO.: 2:16-cv-013610-MMD-DJA
*Stipulation and Order for Dismissal of
Plaintiffs' Claims Against Kiewit Infrastructure West*

### ORDER FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT KIEWIT INFRASTRUCTURE WEST, CO. WITH PREJUDICE

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendant Kiewit Infrastructure West Co., as successor through merger to Kiewit Western Co. d/b/a Lake Mead Constructors, are hereby DISMISSED, WITH PREJUDICE, the parties to bear their own fees and costs

Dated  April 21            , 2020

_____
UNITED STATES JUDGE

Submitted by:

ALVERSON TAYLOR & SANDERS

_____
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendant
Kiewit Infrastructure West Co.

**ALVERSON TAYLOR & SANDERS**
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

3

KNW 25635