1  Robert P. Mougin, Bar No. 7104
   rmougin@kringandchung.com
2  Robert T. Robbins, Bar No. 6109
   rrobbins@kringandchung.com
3  KRING & CHUNG, LLP
   1050 Indigo Drive, Suite 200
4  Las Vegas, NV 89145-8870
   Telephone:  (702) 260-9500
5  Facsimile: (702) 260-9434

6  Attorneys for Defendant
   K & B STEEL, A DIVISION of WABB
7  INDUSTRIES, INC.

**8**                    **UNITED STATES DISTRICT COURT**

**9**                         **DISTRICT OF NEVADA**

10

11  CHAD KREISER, Individually,          ) Case No. 2:16-cv-01361-MMD-DJA
    CHRISTINA LOU KREISER,               )
12  Individually,                        )
                                         )
13          Plaintiff,                   )
                                         )
14       vs.                             ) **STIPULATION AND ORDER FOR**
                                         ) **DISMISSAL WITH PREJUDICE**
15  VS2R ENGINEERING, INC., a            ) **OF ALL CLAIMS AGAINST**
    California Corporation; K & B STEEL, A ) **DEFENDANT K&B STEEL, A**
16  DIVISION of WABB INDUSTRIES,         ) **DIVISION of WABB INDUSTRIES**
    INC., a Texas Corporation; DOES I    )
17  through X, inclusive; and ROE        )
    BUSINESS ENTITIES XI through XX,     )
18  inclusive,                           )
                                         )
19          Defendant.                   )
                                         )
20

21       IT IS HEREBY STIPULATED AND AGREED, by and between all  the

22  parties herein through their respective counsel of record that the above entitled

23  matter be dismissed with prejudice, with each of the parties  pay their own attorney's

24  fees and costs.

25  . .

26  . . .

27  . . .

28  . . .

F:\1133\1938\pld\Orders-SAOs-NEOs-Court Minutes\Stip and Order to Dism K&B Steel.docx

1 | Dated:  May 22  , 2020

June 08, 2020
Dated: ~~May~~     , 2020

2 | **CHRISTIANSEN LAW OFFICES**

3

**KRING & CHUNG, LLP**

4 | ~~R. Todd Terry, Esq.~~

Robert P. Mougin, Esq.

5 | Nevada Bar No. 6519

Nevada Bar No. 7104
Robert T. Robbins, Esq.

6 | 810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101

Nevada Bar No. 6109
Ty M. Maynarich, Esq.

7 | *Attorneys for Plaintiffs,*

Nevada Bar No. 14584

8 | CHAD   KREISER   and   CHRISTINA
LOU KREISER

7575 Vegas Drive, Suite 150G

9 | 

Las Vegas, Nevada 89128
*Attorneys for Defendant,*

10 | 

K & B STEEL, A DIVISION of WABB

11 | 

INDUSTRIES, INC.

12

13 | ### <u>ORDER</u>

14 | BASED UPON THE STIPULATIONS OF      THE  PARTIES  and  good cause

15 | appearing therefore,

16

IT IS HEREBY ORDERED that all of the Plaintiffs' claims in this matter

17 | against Defendant K&B Steel, A Division of Wabb Industries, Inc. be dismissed with

18 | prejudice; each party to bear their own fees and costs.

19 | No trial date has been calendared in this matter.
DATED this  8th     day of May, 2020.

20

21

22

23

24 | U.S. District Judge

25 | Respectfully submitted by:

26 | **KRING & CHUNG, LLP**

27 | Robert T. Robbins

28 | Nevada Bar No. 6109
7575 Vegas Drive, Suite 150G
Las Vegas, Nevada 89128
*Attorneys for Defendant*

2

F:\1133\1938\pld\Orders-SAOs-NEOs-Court Minutes\Stip and Order to Dism K&B Steel.docx